**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

In re:                                          Chapter 11

MICHAEL A. GRAL, et al.                          Case No. 16-21329-GMH

                                                 Jointly Administered

                        Debtor.

---

MICHAEL A. GRAL,

                Plaintiff,
                                                 Adv. No. 18-02119
v.

PARK BANK,

                Defendant.

---

**CERTIFICATE OF SERVICE**

---

        I hereby certify that on June 12, 2018, I electronically filed Park Bank's Reservation

of Rights Concerning Motion for Preliminary Injunction (the "Reservation of Rights") with

the Clerk of Court using the CM/ECF system, which sent notification of such filing to the

following:

- Jonathan V. Goodman on behalf of Plaintiff Michael A. Gral
  jgoodman@ameritech.net

- L. Katie Mason on behalf of Defendant Park Bank
  kmason@reinhartlaw.com

                                        /s/ L. Katie Mason
                                        L. Katie Mason