# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL A. GRAL, et al. | Case No. 16-21329-GMH |
| | Jointly Administered |
| Debtor. | |

| | |
|---|---|
| MICHAEL A. GRAL, | |
| Plaintiff, | |
| v. | Adv. No. 18-02119 |
| PARK BANK, | |
| Defendant. | |

## PARK BANK'S WITNESS LIST FOR AUGUST 15, 2018 HEARING

Park Bank, by its attorneys, Joseph E. Fenzel, S.C. and Reinhart Boerner Van Deuren s.c., hereby designates the following potential witnesses for the August 15, 2018 hearing on the request of Michael A. Gral (the "Debtor") for an injunction prohibiting Park Bank from exercising its state-law rights against various non-Debtor entities (the "Hearing").

**1. Bryan Swanson.**

Bryan Swanson is the First Vice President, Commercial Banking and Sales Strategy of Park Bank. To the extent necessary, Mr. Swanson will testify about all aspects of the loans made by Park Bank to various non-Debtor parties, including but not limited to Donald A.

Drafted by:

L. Katie Mason, Esq.  
Reinhart Boerner Van Deuren s.c.  
1000 N. Water Street, Suite 1700  
Milwaukee, WI 53202  
Phone: 414-298-8339  
kmason@reinhartlaw.com

Joseph Fenzel, Esq.  
Joseph E. Fenzel, S.C.  
757 North Broadway, Suite 201  
Milwaukee, WI 53202  
Phone: 414-224-1601

Gral, Donald J. Gral, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Swanson will also testify about Park Bank's current and historical banking relationship with the entire portfolio of Debtor-affiliated people and entities. To the extent necessary, Mr. Swanson will also testify about Park Bank's liens against non-Debtor entity assets, including mortgages and assignments of rents as to property owned by the following non-Debtor entities: Integral 2314 Wyoming, LLC, Integral 2545 Stowell, LLC, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Swanson will also testify about the defaults on the notes payable by Donald J. Gral, Donald A. Gral, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Swanson will also testify about discussions between Park Bank, on the one hand, and the Debtor, Donald J. Gral, Donald A. Gral, and representatives of Integral 2314 Wyoming, LLC, Integral 2545 Stowell, LLC, Integral Investments Silver Spring, LLC, and other non-Debtor entities, on the other hand. To the extent necessary, Mr. Swanson will also testify about Park Bank's exercise of its state-law rights as to non-Debtor collateral, including the initiation of foreclosure proceedings and the exercise of its rights pursuant to assignments of leases and rents.

    **2. Dale Guenther.**

Dale Guenter is the Senior Vice President/Chief Credit Officer of Park Bank. To the extent necessary, Mr. Guenther will testify about all aspects of the loans made by Park Bank to various non-Debtor parties, including but not limited to Donald A. Gral, Donald J. Gral, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Guenther will also testify about Park Bank's current and historical banking relationship with the entire portfolio of Debtor-affiliated people and entities. To the extent necessary, Mr. Guenther will also testify about Park Bank's liens against non-Debtor entity assets, including mortgages and

assignments of rents as to property owned by the following non-Debtor entities: Integral 2314 Wyoming, LLC, Integral 2545 Stowell, LLC, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Guenther will also testify about the defaults on the notes payable by Donald J. Gral, Donald A. Gral, and Integral Investments Silver Spring, LLC. To the extent necessary, Mr. Guenther will also testify about discussions between Park Bank, on the one hand, and the Debtor, Donald J. Gral, Donald A. Gral, and representatives of Integral 2314 Wyoming, LLC, Integral 2545 Stowell, LLC, Integral Investments Silver Spring, LLC, and other non-Debtor entities, on the other hand. To the extent necessary, Mr. Guenther will also testify about Park Bank's exercise of its state-law rights as to non-Debtor collateral, including the initiation of foreclosure proceedings and the exercise of its rights pursuant to assignments of leases and rents.

*[Remainder of Page Intentionally Left Blank; Text Continues on Following Page]*

Park Bank reserves the right to call at the time of the Hearing any and all witnesses designated by any other parties-in-interest. Park Bank also reserves the right to supplement this list in the event that additional witnesses become known or identified. Park Bank also reserve the right to call rebuttal and impeachment witnesses as necessary.

Dated this 13th day of August, 2018.

| | |
|---|---|
| Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202-3186<br>414-298-1000 (phone)<br>414-298-8097 (fax)<br>kmason@reinhartlaw.com | L. Katie Mason<br>WI State Bar ID No. 1060063<br><br>BY: */s/ L. Katie Mason* |
| | And |
| Joseph E. Fenzel, S.C.<br>757 North Broadway, Suite 201<br>Milwaukee, WI 53202<br>414-224-1601<br>jfenzel@fenzellaw.com | Joseph E. Fenzel<br>WI State Bar ID No. 1008793 |
| | *Attorneys for Park Bank* |